UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BILLY RAY BARNES, JR., | ) No. CV 08-1219 AG (FFM) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| MICHAEL S. CARONA SHERIFF, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed without prejudice.

DATED: October 29, 2010

_____
ANDREW J. GUILFORD
United States District Judge